IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JENNER & BLOCK LLP,<br><br>            Plaintiff-Appellee,<br><br>   v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et* al.,<br><br>            Defendants-Appellants. | Civil Action No. 25-5265 |

**DEFENDANTS-APPELLANTS' STATEMENT OF ISSUES RAISED**

Pursuant to the Court Clerk's Order dated July 22, 2025, Defendants-Appellants respectfully submit the below statement of the issues to be raised in this appeal. The District Court entered an order granting Plaintiff's motion for summary judgment on May 23, 2025, as clarified by order on June 2, 2025. The issues to be raised on appeal are:

1. Whether Executive Order 14246, "Addressing Risks from Jenner & Block," 90 Fed. Reg. 13997 (Mar. 25, 2025) ("EO") violates the First Amendment to the U.S. Constitution.

Dated: August 21, 2025  
Washington, D.C.

Respectfully submitted,

CHAD MIZELLE  
Acting Associate Attorney General

/s/ *Richard Lawson*  
RICHARD LAWSON  
Deputy Associate Attorney General  
950 Pennsylvania Avenue, NW  
Washington, DC 20530  
Telephone: (202) 445-8042

*Counsel for Defendants-Appellants*