# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-5265
2. DATE DOCKETED: 07-22-2025
3. CASE NAME (lead parties only) Jenner & Block LLP v. US Department of Justice
4. TYPE OF CASE: ☒ District Ct - ☐ US Civil ☐ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No. | Bankruptcy Court Docket No. | Tax Court Docket No.
      Civil Action 1:25-cv-916 | Bankruptcy | Tax
      Criminal | Adversary
      Miscellaneous | Ancillary
   b. Review is sought of:
      ☒ Final Order ☐ Interlocutory Order appealable as of right ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Bates        Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 05-23-2025   e. Date notice of appeal filed: 07-21-2025
   f. Has any other notice of appeal been filed in this case? ☐ Yes ☒ No   If YES, date filed:
   g. Are any motions currently pending in trial court? ☐ Yes ☒ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ☒ Yes ☐ No
      If NO, why not?
   i. Has this case been before the Court under another appeal number? ☐ Yes Appeal # ☒ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☒ Yes ☐ No If YES, give each case's court and case name, and docket number:
      Perkins Coie LLP v DOJ, 1:25-cv-716 (DDC); WilmerHale v. EOP, 1:25-cv-917 (DDC); Susman Godfrey v EOP, 1:25-cv-1107
   k. Does this case turn on validity or correct interpretation or application of a statute? ☐ Yes ☒ No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ☐ Yes ☒ No   If so, provide program name and participation dates

Signature /s Richard P. Lawson        Date 08-21-2025
Name of Party US Department of Justice et al.
Name of Counsel for Appellant/Petitioner Richard P. Lawson
Address 950 Pennsylvannia Ave NW Washington DC 20530
Phone ( 202 ) 445-8042     Fax ( )   -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)