# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Jenner & Block LLP

**v.**

US Department of Justice

**Case No:** 25-5265

## TRANSCRIPT STATUS REPORT

◯ **Final** - No transcripts are necessary for this appeal as the case was decided on the pleadings.

◉ **Final** - All transcripts necessary for the appeal have been completed and received.

**Interim Part I** - The following necessary transcripts have been ordered but not received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Interim Part II** - The following necessary transcripts have been completed and received.

| Date | Type of Proceeding | Court Reporter(s) |
|---|---|---|
| 28-04-2025 | Hearing on motion for summary judgment / motion to dismiss | Chandra Kean |
| 28-03-2025 | Hearing on TRO | Jeff Hook |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Interim Part III** - State below any additional comments regarding the preparation of the transcripts or the record on appeal which may delay the briefing of this case.

Notes: A copy of this report shall be served on each court reporter for which transcripts are outstanding. Please attach additional blank sheets, if necessary, and a certificate of service to this report.

USCA Form 51
August 2009 (REVISED)