# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 25-5241** | **September Term, 2025** |
| | 1:25-cv-00716-BAH |
| | Filed On: September 23, 2025 |

Perkins Coie LLP,

       Appellee

   v.

United States Department of Justice, et al.,

       Appellants

--------------------

| | |
|---|---|
| **No. 25-5265** | 1:25-cv-00916-JDB |

Jenner & Block LLP,

       Appellee

   v.

United States Department of Justice, et al.,

       Appellants

--------------------

**No. 25-5277**

                                            1:25-cv-00917-RJL

Wilmer Cutler Pickering Hale and Dorr LLP,

       Appellee

   v.

Executive Office of the President, et al.,

       Appellants

# United States Court of Appeals
## For The District Of Columbia Circuit

_____

**No. 25-5241**                                                                 **September Term, 2025**

--------------------

**No. 25-5310**

1:25-cv-01107-LLA

Susman Godfrey LLP,

      Appellee

    v.

Executive Office of the President, et al.,

      Appellants

## O R D E R

It appearing that these cases present potential problems of duplicative briefing, it is

**ORDERED**, on the court's own motion, that the parties file motions to govern further proceedings in these cases within 30 days of the date of this order. The parties are strongly urged to submit a joint motion to the extent feasible. While not otherwise limited, the parties should address whether any of these cases should be held in abeyance, consolidated, or calendared for argument on the same day before the same panel. The parties should also propose formats for the briefing of any case(s) moving forward. The parties are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                                BY:    /s/
                                       Laura Morgan
                                       Deputy Clerk