IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **JENNER & BLOCK LLP,**<br><br>Plaintiff-Appellee,<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE,** *et* **al.,**<br><br>Defendants-Appellants. | Civil Action No. 25-5265 |

### CERTIFICATE OF COMPLIANCE REGARDING MOTION FOR A STAY OF THE COURT'S ORDER OF SEPTEMBER 23, 2025, IN LIGHT OF LAPSE OF APPROPRIATIONS

I hereby certify that the Motion for Stay of the Court's Order of September 23, 2025 in Light of the Lapse of Appropriations that was filed on October 6, 2025, consisted of 412 words.

Dated: October 6, 2025
Washington, D.C.

Respectfully submitted,

/s/ *Richard Lawson*
RICHARD LAWSON
Deputy Associate Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 445-8042

*Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, I electronically filed the certificate of compliance with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.

*s/ Richard Lawson*
Richard Lawson