# United States Court of Appeals
### For The District of Columbia Circuit

___

**No. 25-5241**                                  **September Term, 2025**

1:25-cv-00716-BAH

Filed On: October 8, 2025

Perkins Coie LLP,

       Appellee

   v.

United States Department of Justice, et al.,

       Appellants

--------------------

**No. 25-5265**                                                1:25-cv-00916-JDB

Jenner & Block LLP,

       Appellee

   v.

United States Department of Justice, et al.,

       Appellants

--------------------

**No. 25-5277**

1:25-cv-00917-RJL

Wilmer Cutler Pickering Hale and Dorr LLP,

       Appellee

   v.

Executive Office of the President, et al.,

       Appellants

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5241**                                                          **September Term, 2025**

-------------------

**No. 25-5310**

1:25-cv-01107-LLA

Susman Godfrey LLP,

    Appellee

    v.

Executive Office of the President, et al.,

    Appellants

## O R D E R

Upon consideration of the motions for a stay of the court's order of September 23, 2025, in light of the lapse of appropriations, it is

**ORDERED** that the motions be granted and these cases be held in abeyance pending further order of the court. The parties are directed to comply with the court's order filed September 23, 2025, within 30 days of the date that appropriations are restored and the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

                                                      **FOR THE COURT:**
                                                      Clifton B. Cislak, Clerk

                                      BY:    /s/
                                                      Laura M. Morgan
                                                      Deputy Clerk