# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5241**                                 **September Term, 2025**

1:25-cv-00716-BAH

**Filed On:** February 3, 2026

Perkins Coie LLP,

      Appellee

    v.

United States Department of Justice, et al.,

      Appellants

**No. 25-5265**                                            1:25-cv-00916-JDB

Jenner & Block LLP,

      Appellee

    v.

United States Department of Justice, et al.,

      Appellants

**No. 25-5277**                                            1:25-cv-00917-RJL

Wilmer Cutler Pickering Hale and Dorr LLP,

      Appellee

    v.

Executive Office of the President, et al.,

      Appellants

| | |
|---|---|
| **No. 25-5241** | **September Term, 2025** |
| **No. 25-5310** | 1:25-cv-01107-LLA |

Susman Godfrey LLP,

    Appellee

    v.

Executive Office of the President, et al.,

    Appellants

    **BEFORE:**   Pillard and Pan, Circuit Judges

# O R D E R

Upon consideration of the joint motion to govern future proceedings, it is

**ORDERED** that the parties show cause by 12:00 noon on Thursday, February 5, 2026, why the court should not enter the following briefing schedule and format for these cases and direct that they be calendared for argument on the same day and before the same panel as Zaid v. Executive Office of the President, No. 26-5009:

| | |
|---|---|
| Appellants' Combined Opening Brief (not to exceed 26,000 words) | March 6, 2026 |
| Appendix | March 6, 2026 |
| Appellees' Briefs (up to four briefs not to exceed 9,000 words each) | March 27, 2026 |

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5241**                                            **September Term, 2025**

Appellants' Combined Reply Brief
(not to exceed 13,000 words)                          April 10, 2026

## Per Curiam

                                              **FOR THE COURT:**
                                              Clifton B. Cislak, Clerk

                            BY:     /s/
                                             Selena R. Gancasz
                                             Deputy Clerk