IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Jenner & Block LLP, <br><br>　　　　Plaintiff-Appellee, <br><br>　v. <br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br>　　　　Defendants-Appellants. | Civil Action No. 25-5265 |

**APPELLANTS' RESPONSE TO ORDER TO SHOW CAUSE**

On February 3, 2026, the Court "ordered that the parties show cause by 12:00 noon on Thursday, February 5, 2026, why the court should not enter the following briefing schedule and format for these cases and direct that they be calendared for argument on the same day and before the same panel as *Zaid v. Executive Office of the President*, No. 26-5009." Doc. #2157359. Under the proposed order, Appellants' combined opening brief would be due March 6, and Appellee's briefs due March 27, and Appellants' reply brief due April 10. *Id.* Appellants do not oppose the court entering such order.

For the reasons explained in the parties' joint filing dated January 26, 2026, Appellants continue to believe that these cases should be held in abeyance pending the Court's consideration of *Zaid*. Doc. #2156076. The issue presented in *Zaid*

1

significantly overlaps with the legal issues presented in the lawsuits challenging the law firm executive orders. Accordingly, judicial resources would be conserved by deciding *Zaid* first.

Dated:   February 5, 2026        Respectfully submitted,
         Washington, D.C.

                                 STANLEY E. WOODWARD, JR.
                                 Associate Attorney General


                                 /s/   *Abhishek Kambli*
                                 ABHISHEK KAMBLI
                                 Deputy Associate Attorney General
                                 950 Pennsylvania Avenue, NW
                                 Washington, DC 20530
                                 Telephone: (202) 445-5496
                                 abhishek.kambli@usdoj.gov

                                 *Counsel for Defendants-Appellants*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the word limit of D.C. Circuit Rule 27 because it contains 171 words. It also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in Times New Roman 14-point font, a proportionally spaced typeface.

/s/     *Abhishek Kambli*

ABHISHEK KAMBLI

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.

/s/     *Abhishek Kambli*

ABHISHEK KAMBLI