# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| PERKINS COIE LLP,<br><br>   Plaintiff-Appellee,<br><br> v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et* al.,<br><br>   Defendants-Appellants. | Civil Action No. 25-5241 |
| JENNER & BLOCK LLP,<br><br>   Plaintiff-Appellee,<br><br> v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et* al.,<br><br>   Defendants-Appellants. | Civil Action No. 25-5265 |
| WILMER CUTLER PICKERING HALE and DORR LLP, | Civil Action No. 25-5277 |

        Plaintiff-Appellee,

  v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et* al.,

        Defendants-Appellants.

SUSMAN GODFREY LLP,

        Plaintiff-Appellee,

  v.

EXECUTIVE OFFICE OF THE PRESIDENT, *et* al.,

        Defendants-Appellants.

Civil Action No. 25-5310

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEALS

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Defendant-Appellants respectfully move to voluntarily dismiss these consolidated appeals, with all parties to bear their own fees and costs. Counsel for Plaintiff-Appellees have authorized Defendant-Appellants to state that Plaintiff-Appellees consent to this motion.

Dated:　　March 2, 2026　　　Respectfully submitted,
　　　　　　Washington, D.C.

　　　　　　　　　　　　　　　STANLEY E. WOODWARD, JR.
　　　　　　　　　　　　　　　Associate Attorney General


　　　　　　　　　　　　　　　/s/ *Abhishek S. Kambli*
　　　　　　　　　　　　　　　ABHISHEK S. KAMBLI
　　　　　　　　　　　　　　　Deputy Associate Attorney General
　　　　　　　　　　　　　　　950 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　Telephone: (202) 514-9500

　　　　　　　　　　　　　　　*Counsel for Defendant-Appellants*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limit of D.C. Circuit Rule 27 because it contains 41 words. This motion also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)–(6) because it was prepared using Word for Microsoft 365 in Century Schoolbook 14-point font, a proportionally spaced typeface.

*/s/   Abhishek S. Kambli*
ABHISHEK S. KAMBLI

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.

*/s/   Abhishek S. Kambli*
ABHISHEK S. KAMBLI