**ORAL ARGUMENT SCHEDULED ON MAY 14, 2026**
**Nos. 25-5241, 25-5265, 25-5277, 25-5310 (Consolidated)**

# In the United States Court of Appeals for the District of Columbia Circuit

---

PERKINS COIE LLP,
PLAINTIFF-APPELLEE

*v.*

U.S. DEPARTMENT OF JUSTICE, ET AL.
DEFENDANTS-APPELLANTS

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**NOTICE OF INTENT TO FILE BRIEF AS *AMICUS CURIAE*
IN SUPPORT OF PLAINTIFFS-APPELLEES
AND REPRESENTATION OF CONSENT**

---

Katherine Pringle
  *Counsel of Record*
Jason B. Koffler
Matthew Tharp
Hannah Odenthal
Friedman Kaplan Seiler
  Adelman & Robbins LLP
7 Times Square
New York, NY  10036
(212) 833-1100
kpringle@fkaw.com

*Attorneys for Amicus Curiae Leadership Now Project*

## RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 12(f), 26.1, and 29(b), *amicus curiae* Leadership Now Project ("Leadership Now") states that it is a 501(c)(4) national membership organization of business leaders that is committed to protecting democracy as a foundation for political stability and a thriving economy.  Leadership Now is not owned by any parent corporation, issues no stock, and no publicly held company owns a 10% or greater interest in it.

## NOTICE OF INTENT TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS-APPELLEES AND REPRESENTATION OF CONSENT

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b), Leadership Now respectfully submits notice to the Court of its intent to file a brief in support of Plaintiffs-Appellees in the above-captioned consolidated cases.

All parties have consented to *amicus*'s filing of the brief.

Pursuant to D.C. Circuit Rule 29(d), counsel for *amicus* certify that a separate brief is necessary to express the views of the business community and to highlight the risks that the challenged Executive Orders pose to the health of American business. Leadership Now is particularly well suited to provide the Court with necessary context on these subjects given its membership includes business leaders at numerous, influential companies across the nation, with members in more than 25 states.

Dated:    New York, New York
          March 30, 2026

                              Respectfully submitted,

                              FRIEDMAN KAPLAN SEILER
                                ADELMAN & ROBBINS LLP


                              *s/ Katherine Pringle*
                              Katherine Pringle
                              Jason B. Koffler
                              Matthew Tharp
                              Hannah Odenthal
                              7 Times Square
                              New York, NY  10036
                              (212) 833-1100
                              kpringle@fklaw.com

                              *Attorneys for Amicus Curiae*
                              *Leadership Now Project*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 30, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system.

I further certify that the foregoing was served on all parties or their counsel of record through the appellate CM/ECF system, as they are registered users.

Dated:     New York, New York
           March 30, 2026

> <u>*s/ Katherine Pringle*</u>
> Katherine Pringle
>
> *Attorney for Amicus Curiae*
> *Leadership Now Project*