ORAL ARGUMENT SCHEDULED FOR MAY 14, 2026

Nos. 25-5241, 25-5265, 25-5277 & 25-5310
(Consolidated)

**United States Court of Appeals
for the District of Columbia Circuit**

—————————

Perkins Coie LLP,

*Appellee*,

v.

Unites States Department of Justice, et al.,

*Appellants*,

AND RELATED CASES.

——————————————————————

**On Appeal from the United States District Court
for the District of Columbia,
Nos. 25-cv-00716, 25-cv-00916, 25-cv-00917 & 25-cv-01107**

**NOTICE OF REPRESENTATION OF CONSENT TO PARTICIPATE
AS AMICI CURIAE
IN SUPPORT OF PLAINTIFFS-APPELLEES**

Eric M. Fraser
David B. Rosenbaum
Mary R. O'Grady
Joseph N. Roth
Andrew G. Pappas
Joshua J. Messer
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000

1

efraser@omlaw.com
drosenbaum@omlaw.com
mogrady@omlaw.com
jroth@omlaw.com
apappas@omlaw.com
jmesser@omlaw.com

**Attorneys for Amici Curiae Former and Current General Counsel Supporting Appellees**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1 and D.C. Circuit Rule 26.1, counsel states and certifies as follows: this notice is filed on behalf of a group of individuals and not a corporation, association, joint venture, partnership, syndicate, or other similar entity.

DATED this 1st day of April, 2026.

OSBORN MALEDON, P.A.

By s/Eric M. Fraser
  Eric M. Fraser
  David B. Rosenbaum
  Mary R. O'Grady
  Joseph N. Roth
  Andrew G. Pappas
  Joshua J. Messer
  2929 N. Central Avenue, Suite 2000
  Phoenix, Arizona 85012

**Attorneys for Amici Curiae Former and Current General Counsel Supporting Appellees**

3

## NOTICE OF INTENTION TO FILE BRIEF AS AMICI CURIAE FORMER AND CURRENT GENERAL COUNSEL IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b), amici submit this notice to the Court of their intention to file an amicus brief in support of Plaintiffs-Appellees and affirmance in the above-captioned cases. Amici are former and current general counsel across the country. A complete list of amici will be provided with the brief.

All parties have consented to amici's filing of the brief.

DATED this 1st day of April, 2026.

OSBORN MALEDON, P.A.

By s/Eric M. Fraser
    Eric M. Fraser
    David B. Rosenbaum
    Mary R. O'Grady
    Joseph N. Roth
    Andrew G. Pappas
    Joshua J. Messer
    2929 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012

**Attorneys for Amici Curiae Former and Current General Counsel Supporting Appellees**

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Fed. R. App. P. 25(d) and Cir. R. 25, that on April 1, 2026, the foregoing notice was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

Dated this 1st day of April, 2026.

/s/Eric M. Fraser
Eric M. Fraser