**[ORAL ARGUMENT SCHEDULED FOR MAY 14, 2026]**
**Nos. 25-5241(L), 25-5265, 25-5277, 25-5310**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

PERKINS COIE LLP,

*Plaintiff-Appellee*,

*v.*

UNITED STATES DEPARTMENT OF JUSTICE *et al.*,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Columbia

**NOTICE OF INTENT TO FILE BRIEF AS *AMICUS CURIAE* FORMER
SENIOR GOVERNMENT OFFICIALS IN SUPPORT OF APPELLEES**

Harold Hongju Koh
Bruce Swartz
PETER GRUBER RULE OF
LAW CLINIC
YALE LAW SCHOOL
127 Wall Street
P.O. Box 208215
New Haven, CT 06520
(203) 432-4932

Amy Jeffress
Joshua A. Matz
Trisha Anderson
Stephen Prifti
HECKER FINK LLP
1050 K Street NW
Suite 1040
Washington, DC 20001
(212) 763-0883
ajeffress@heckerfink.com

Matthew J. Craig
Mack E. Jenkins
HECKER FINK LLP
1150 S. Olive St.
Suite 10-140
Los Angeles, CA 90015
(212) 763-0883

Sean Hecker
Julie E. Fink
Shawn G. Crowley
Jenna M. Dabbs
Kate L. Doniger
Michael Ferrara
David Gopstein
Damaris Hernández
Marshall L. Miller
David Patton
John C. Quinn
Gabrielle E. Tenzer
HECKER FINK LLP
350 Fifth Avenue
63rd Floor
New York, NY 10118
(212) 763-0883

*Counsel for Amici Curiae Former Senior Government Officials*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, *amici* represent, through their undersigned counsel, that they are individuals and not a corporation, association, joint venture, partnership, syndicate, or other similar entity and thus have no parent corporations, and no publicly held company has a 10% or greater ownership interest in them.

**NOTICE OF INTENT TO FILE BRIEF AS *AMICI CURIAE* FORMER SENIOR GOVERNMENT OFFICIALS IN SUPPORT OF APPELLEES**

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and D.C. Circuit Rule 29(b), *amici* respectfully submit notice to the Court of their intent to file a brief in support of Appellees in the above-captioned consolidated cases. Amici are former public officials who have worked at the most senior levels of the United States government for both Democratic and Republican Administrations. A complete list of *amici* will be provided with the brief.

All parties have consented to *amici's* filing of this brief.

Pursuant to D.C. Circuit Rule 29(d), counsel for *amici* certify that a separate amicus brief is necessary to express the unique views of the former public officials. As a bipartisan group of former government officials, *amici* are situated differently from the parties. Amici—with their decades of experience in senior leadership in administrations of Presidents from both major political parties—are not fully represented by the litigants.

Amici also have vital interests in this case, including an interest in preventing the specious invocation of national security reflected in the executive orders. Additionally, *amici* have an interest in protecting the judiciary's traditional deference to the executive on matters of national security and foreign affairs—deference which relies on the executive's valid invocation of circumstances that can reasonably be presumed genuinely to implicate national security.

Dated: April 3, 2026

Respectfully Submitted,

/s/ Amy Jeffress

Harold Hongju Koh
Bruce Swartz
PETER GRUBER RULE OF LAW CLINIC
YALE LAW SCHOOL
127 Wall Street, P.O. Box 208215
New Haven, CT 06520
(203) 432-4932
harold.koh@ylsclinics.org

Amy Jeffress
Joshua A. Matz
Trisha Anderson
Stephen Prifti
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(212) 763-0883
ajeffress@heckerfink.com

Matthew J. Craig
Mack E. Jenkins
HECKER FINK LLP
1150 S. Olive St., Suite 10-140
Los Angeles, CA 90015
(212) 763-0883

Sean Hecker
Julie E. Fink
Shawn G. Crowley
Jenna M. Dabbs
Kate L. Doniger
Michael Ferrara
David Gopstein
Damaris Hernández
Marshall L. Miller
David Patton
John C. Quinn
Gabrielle E. Tenzer
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883

Counsel for Amici Curiae Former Senior
Government Officials

4

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system.

I further certify that the foregoing was served on all parties or their counsel of record through the appellate CM/ECF system, as they are registered users.

*/s/Amy Jeffress*
Amy Jeffress