# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Perkins Coie LLP

**v.**
U.S. Department of Justice, et al.

**Case No:** 25-5241

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ⦿ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Lawyers' Committee for Civil Rights Under Law

Chicago Lawyers' Committee for Civil Rights U

Public Counsel

Mississippi Center for Justice

Washington Lawyers' Committee for Civil Right

Lawyers' Committee for Civil Rights of the San

Public Interest Law Center

### Counsel Information

Lead Counsel: Edward G. Caspar

Direct Phone: ( 202 ) 662-8390  Fax: (___) ____-____  Email: ecaspar@lawyerscommittee.org

2nd Counsel:

Direct Phone: (___) ____-____  Fax: (___) ____-____  Email:

3rd Counsel:

Direct Phone: (___) ____-____  Fax: (___) ____-____  Email:

Firm Name: Lawyers' Committee for Civil Rights Under Law

Firm Address: 1500 K Street NW, Suite 900, Washington, D.C. 20005

Firm Phone: ( 202 ) 662-8600  Fax: (___) ____-____  Email: ecaspar@lawyerscommittee.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)