ORAL ARGUMENT SCHEDULED FOR MAY 14, 2026
**Nos. 25-5241, 25-5265, 25-5277 & 25-5310**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

PERKINS COIE LLP,

*Plaintiff-Appellee*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

*Defendants-Appellants*.

---

*On Appeal from the United States District Court
for the District of Columbia*

---

**NOTICE OF INTENT OF TWENTY-SEVEN BAR ASSOCIATIONS
AND LAWYER MEMBERSHIP ASSOCIATIONS
TO APPEAR AS *AMICI CURAE* IN SUPPORT
OF APPELLEES**

---

BENJAMIN L. BERWICK
*Protect Democracy Project*
*15 Main Street, Suite 312*
*Watertown, MA 02472*
*(202) 579-4582*
*ben.berwick@protectdemocracy.org*

HAYDEN JOHNSON
*Protect Democracy Project*
*2020 Pennsylvania Ave. NW, Suite 163*
*Washington, DC 20006*
*(202) 579-4582*
*hayden.johnson@protectdemocracy.org*

JEANNIE SUK GERSEN
*Harvard Law School\**
*1563 Massachusetts Avenue*
*Cambridge, MA 02138*
*(617) 496-8834*
*jeannie.gersen@gersen.com*

*\* Institutional affiliation for
identification purposes only.*

*Counsel for* Amici Curiae

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Circuit Rule 26.1(a) and Federal Rule of Appellate Procedure 29(a)(4)(A), counsel for *amici curiae* certify that *amici* are bar associations and lawyer membership associations. They have no parent corporations, and do not issue stock.

**NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICI CURIAE***

Pursuant to D.C. Circuit Rule 29(b), the following bar associations and lawyer membership associations hereby give notice that they intend to file an amici curiae brief in support of Appellees:

*Metropolitan Bar Associations*

New York City Bar Association

Bar Association of San Francisco

Beverly Hills Bar Association

Boston Bar Association

Chicago Bar Association

Colorado Bar Association

Denver Bar Association

King County Bar Association

Los Angeles County Bar Association

New York County Lawyers Association

Philadelphia Bar Association

San Diego County Bar Association

*Affinity, Specialty, Regional & Local Bar Associations,*
*and Lawyer Membership Associations*

Asian American Bar Association of New York

Asian American Bar Association of the Greater Bay Area

Asian Pacific American Bar Association of Silicon Valley

Association of Professional Responsibility Lawyers

Brehon Law Society of New York City and Nassau County

Lawyers Club of San Diego

Metropolitan Black Bar Association

Monroe County Bar Association

Mother Attorney Mentoring Association of Seattle

Muslim Bar Association of New York

National Association of Women Lawyers

National LGBTQ+ Bar Association

Queen's Bench Bar Association

Women Lawyers on Guard Action Network, Inc.

Women's Bar Association of the State of New York


Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and Circuit Rule

29(b), both Appellants and Appellees have consented to amici filing this brief.


3

Respectfully submitted,

/s/ Hayden Johnson

HAYDEN JOHNSON (Bar #63802)
*Protect Democracy Project*
*2020 Pennsylvania Ave. NW, Suite 163*
*Washington, DC 20006*
*(202) 579-4582*
*hayden.johnson@protectdemocracy.org*

BENJAMIN L. BERWICK
*Protect Democracy Project*
*15 Main Street, Suite 312*
*Watertown, MA 02472*
*(202) 579-4582*
*ben.berwick@protectdemocracy.org*

/s/ Jeannie Suk Gersen

JEANNIE SUK GERSEN
*Harvard Law School\**
*1563 Massachusetts Avenue*
*Cambridge, MA 02138*
*(617) 496-8834*
*jeannie.gersen@gersen.com*

*\* Institutional affiliation for identification purposes only.*

*Counsel for* Amici Curiae

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2026 I electronically filed the foregoing document using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

*/s/ Hayden Johnson*
Hayden Johnson