**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| PERKINS COIE LLP,<br>*Plaintiff-Appellee*,<br>v.<br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br>*Defendants-Appellants.* | No. 25-5241 |
| JENNER & BLOCK LLP,<br>*Plaintiff-Appellee*,<br>v.<br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br>*Defendants-Appellants.* | No. 25-5265 |
| WILMER CUTLER PICKERING HALE AND DORR LLP,<br>*Plaintiff-Appellee*,<br>v.<br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br>*Defendants-Appellants.* | No. 25-5277 |
| SUSMAN GODFREY LLP,<br>*Plaintiff-Appellee*,<br>v.<br>EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br>*Defendants-Appellants.* | No. 25-5310 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

I, Kathleen Hartnett, counsel for Appellee Jenner and Block LLP ("Jenner"), respectfully provide notice of my withdrawal as counsel for Jenner in the above-captioned matter in light of my impending departure from Cooley LLP. I have provided notice to Jenner of my intent to withdraw, and Jenner will continue to be represented by Cooley attorneys, including Elizabeth B. Prelogar.

Dated: September 3, 2026

Respectfully submitted,

*/s/ Kathleen R. Hartnett*

KATHLEEN R. HARTNETT
COOLEY LLP
3 Embarcadero Center
20th Floor
San Francisco, CA 94111
(415) 693-2000

*Counsel for Appellee Jenner & Block LLP*